KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
Michael J. Bowe (mbowe@kasowitz.com)
1633 Broadway
NEW YORK, NY 10019
212-506-1700

*PRO BONO Counsel FOR PLAINTIFF*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JASON BREZLER,**<br><br>Plaintiff,<br><br>against<br><br>**LIEUTENANT GENERAL RICHARD MILLS, UNITED STATES MARINE CORPS, AND UNITED STATES DEPARTMENT OF THE NAVY,**<br><br>Defendants. | **14-CV-7424 (JFB)** |

**DECLARATION OF TIAN GAO IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND, IN THE ALTERNATIVE, FOR A PRELIMINARY INJUNCTION**

TIAN GAO, pursuant to 28 U.S.C. § 1746(2), respectfully makes the following declaration under the penalties of perjury:

1. I am a member of the bar of the State of New York and an associate attorney at the Kasowitz, Benson, Torres & Friedman LLP. I respectfully submit this declaration in support of Plaintiff Jason Brezler's motion for summary judgment.

2. Attached hereto as **Exhibit 1(A)** is a true and correct copy of the administrative record produced by defendants Lieutenant General Richard Mills, the United States Marine

Corps, and the United States Department of the Navy on July 1, 2016 (the "Administrative Record"), pp. 1-299.

3. Attached hereto as **Exhibit 1(B)** is a true and correct copy of the Administrative Record, pp. 300-679.

4. Attached hereto as **Exhibit 1(C)(i)** is a true and correct copy of the Administrative Record, pp. 680-718.

5. Attached hereto as **Exhibit 1(C)(ii)** is a true and correct copy of the Administrative Record, pp. 719-757.

6. Attached hereto as **Exhibit 1(C)(iii)** is a true and correct copy of the Administrative Record, pp. 758-796.

7. Attached hereto as **Exhibit 1(C)(iv)** is a true and correct copy of the Administrative Record, pp. 797-835.

8. Attached hereto as **Exhibit 1(C)(v)** is a true and correct copy of the Administrative Record, pp. 836-874.

9. Attached hereto as **Exhibit 1(C)(vi)** is a true and correct copy of the Administrative Record, pp. 875-878.

10. Attached hereto as **Exhibit 1(D)** is a true and correct copy of the Administrative Record, pp. 879-1019.

11. Attached hereto as **Exhibit 1(E)** is a true and correct copy of the Administrative Record, pp. 1020-1359.

12. Attached hereto as **Exhibit 1(F)** is a true and correct copy of the Administrative Record, pp. 1360-1509.

13. Attached hereto as **Exhibit 1(G)** is a true and correct copy of the Administrative Record, pp. 1510-1699.

14. Attached hereto as **Exhibit 1(H)** is a true and correct copy of the Administrative Record, pp. 1700-2039.

15. Attached hereto as **Exhibit 1(I)** is a true and correct copy of the Administrative Record, pp. 2040-2339.

16. Attached hereto as **Exhibit 1(J)** is a true and correct copy of the Administrative Record, pp. 2340-2716.

17. Attached hereto as **Exhibit 1(K)** is a true and correct copy of the supplemental administrative record produced by defendants Lieutenant General Richard Mills, the United States Marine Corps, and the United States Department of the Navy in late-July 2016.

Dated: New York, New York
August 29, 2016

By: ____________________
Tian Gao